

**Court Of Appeals**

**Fourth Court of Appeals District of Texas**
**San Antonio**

★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00654-CV

### IN RE KILLAM RANCH PROPERTIES, LTD.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                 Rebecca Simmons, Justice
                 Steven C. Hilbig, Justice

Delivered and Filed: September 22, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On September 13, 2010, relator filed a petition for writ of injunction and a petition for writ of mandamus. The court has considered relator's petitions and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of injunction and the petition for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CVQ-001680-D3, *Killam Ranch Properties, Ltd. v. Webb County, Texas,* in the 341st Judicial District Court, Webb County, Texas, the Honorable Michael Peden, visiting judge presiding.